

I am filing a lawsuit against the Veterans Affairs for extreme mental pain and suffering. The Veterans Affairs in Washington DC, and the Veterans Rehabilitations and Education (VRE)conspired to drive me to a mental breakdown over the past 5 years, beginning in 2017. This lawsuit is not about attainment of Veterans Affair's Benefits. This lawsuit is about the strategic retaliation, mismanagement and delay used to destroy my mental faculties hoping that I would either become spiritually and physically ill or meet my own demise by constantly throwing cruel roadblocks in my pursuit of health care. I have been mentally ill because of the constant beat down and harsh retaliation , the employees from the Washington DC Veterans Affairs Medical Center ( VAMC DC) has inflicted on me, and even to this date, on July 16 2022, to illustrate retaliation in my health care, I have yet to get back in contact with the mental health team in community care to help me get a therapist for the extreme mental pain I am in. I had a community care consult put in the beginning of June and spoke to a person 2x in June 2022 without any further help. I have called the community care call center numerous time. I have Called the White House hot line case # . The VAMC DC community care center had the absolute gall to send me an unsigned letter stating they tried to but were unable to contact me on JUNE 30th, a bogus lie. They know I need help. To illustrate again, why I a filing this lawsuit, is because of extreme mental pain and anguish due the cruel demeaning treatment that I have sustained over the years, I will again return to the painful and ongoing saga of obtaining dental care. The biased treatment that the VAMC DC HAS USED TO PREVENT ME IN OBTAINING DENTAL CARE IS SHOCKING. I have included SOME of the letters over the past years to show the patter of intent. After my dental care was sabotaged and I contacted my congressman, to no avail, I found another dentist to complete the implant work that left me with out any teeth in my upper mouth for 2.5 years. ( It should be noted that during this time, that the VRE, INSISTED THAT I NEEDED TO APPLY FOR EMPLOYMENT, THEY INSISTED THAT I OBTAIN EMPLOYMENT INTERVIEWS WITH NO TEETH IN MY MOUTH. THEY
REFUSED TO ACKNOWLEDGE THAT I DID NOT HAVE TEETH IN MY MOUTH AND ALSO HAD ABSCESSES AT THIS TIME ALSO)
I have called the White House hotline case # to get help in relief from the the mental anguish I am suffering from my painful dental work. The painful dental work is the result of retaliatory interference in the completion of my dental work. I now have extreme PTSD because of the treatment I received while in the care of a dentist, prosthodontist who is credentialed with the community care with the VAMCDC .I spent a year with the dentist getting treatment. It took over for months to get treatment because the community care clerk, Bryant Rashford and other community care workers were deliberately mismanaging the process, see enclosure (1) sending paperwork to the wrong place and deliberately sabotaging. I tried to appeal to the director of the VA facility for help, and after hearing my side of the story, he refused to speak to me anymore, after listening to the misconstrued explanations from the Dental Clinic Chief Dr. Trina Richardson. I spent a whole year with the OBEID DENTAL in Bethesda, MD from 2020 until 2021. It was during the pandemic and very stressful. The dentist was fine until Bryant Rashford developed a relationship with the Office Manager of OBEID Dental. When he developed the relationship he began sending many veteran clients to this clinic. The Dynamics in my dental care changed also. I began to be treated very

rudely. It was so heartbreaking to me. I had to deal with it because I had just had the surgery. This is when things changed, The reason why I researched and chose this dentist was because he did all of the implant work, the surgery and the dentures within the office. He guaranteed this for me and also I was supposed to get the removable dentures on 4 by 4 implant. Halfway through the treatment changed. He did not do the removable dentures and the most shocking was he lied to me and said instead of doing the dentures in the office he was going to send them to Holland to be completed. Everything was a bold face lie. When I questioned things he was very evasive, these people were laughing at me because I wore wigs sometimes because I am a 2019 cancer survivor. Additionally the office manger approached me about the couple of times I canceled appointments due to illness very disrespectfully. I emailed her and told her I thought she was being disrespectful ( encl. 2  ) After this I began receiving phone calls. I received a phone call from Bryant Rashford telling me that I need to make a Mental Health appointment. I informed him that he was my dental team community care clerk and not a psychiatrist. He had no business calling me at home informing me to make a MH appointment. After that incident I received many calls, after hours such as 6.39 pm, stating I needed to go to mental health. I informed the director of the VAMC DC, I emailed the committee in veteran's affairs and filed with the VAOIG about the harassment,

My teeth are horribly crooked colored and painful. On the last day of treatment with Dr. Obeid Dental clinic he assaulted me by ramming needles into my gums. It hurt and the final needle, on the top of my mouth caused sinus pressure. I had to shove the dentist hand away. He didn't apologize. When I spoke to him about how my teeth looked he said he couldn't do anything about it, He said he couldn't send them back. One side of my teeth are higher than the other. When I pointed it out he cruelly said it's because I have a scar on my lip. He never, in the entire year said anything about compensating for the scar on my lip so I knew he calculated and did it on purpose. He became angry with me and said if I didn't like it he would give the money back to the VA. If he had not deviated from the dental plan, and made good on his promise to make my dentures in his facility I would not have this problem and I told him. He wrote a letter telling the VA he wouldn't work with me any more (encl. 3   ) this caused me to become ill with stress. I am proceeding with my FCTA claim because of " Mental pain and suffering" resulting " from myself." the claimant's being inflicted with " **mental anguish, emotional distress, loss of enjoyment of life, fear, anger, humiliation, anxiety, and shock**." I was just informed today by the VAMC DC that I have COVID19 despite having all the Vaccinations. I believe my ongoing stress, retaliation and constant harassment by the VAMC DC is instrumental in lowering my immune system and causing me to be prone to sickness, along with constant infection in my mouth, via poorly fitting implants.

Sara S Reed

7-20-2022